CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 10 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ROGER W. MITCHELL,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWN OF CULPEPER, ET AL,<br><br>*Defendants.* | CIVIL ACTION NO. 3:04-CV-00096<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is Defendants' Motion to Dismiss. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss Counts II and III of the Complaint is hereby GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: *[signature]*
U.S. District Judge

August 10, 2005
Date